UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JERRY LEOS,                                ) | |
| )                                           | |
|     Petitioner,         ) | |
| )                                           | CIVIL ACTION NO. |
| VS.                                         ) | |
| )                                           | 3:04-CV-1274-G |
| DOUGLAS DRETKE, Director, Texas             ) | |
| Department of Criminal Justice,             ) | |
| Correctional Institutions Division,         ) | |
| )                                           | |
|     Respondent.         ) | |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are accepted as the findings and conclusions of the court except for the following changes:

The first citation sentence on page 4 should be changed to read: "*See* 324 F.3d at 837."

The first sentence of the paragraph beginning on page 5 should be changed to read: "This Court does not parcel out and decide claims from a successive petition, even those claims that could not have been raised previously."

The citation on line 8 of page 6 should be changed to read: "*Reyes-Requena v. United States*, 243 F.3d 893, 899 (5th Cir. 2001) (same);".

**SO ORDERED**.

August 23, 2005.

_____
A. JOE FISH
CHIEF JUDGE